TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Road, #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Luckiesia Belton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Luckiesia Belton,<br><br>Plaintiff,<br><br>vs.<br><br>Western Funding, Inc.,<br><br>Defendant. | Case No.: 2:19-cv-00880-WBS-EFB<br><br>**NOTICE OF DISMISSAL** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE <u>PURSUANT TO RULE 41(a)</u>

Luckiesia Belton ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: <u>   */s/   Trinette G. Kent*        </u>
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Luckiesia Belton

2

1

**CERTIFICATE OF SERVICE**

2

3

I, the undersigned, certify and declare that I am over the age of 18 years, and

4

not a party to the above-entitled cause. On October 2, 2019, I served a true copy of

5

foregoing document(s): **NOTICE OF DISMISSAL**.

6

7

**BY ELECTRONIC FILING:** I hereby       **Attorney for Defendant Western**

8

certify that on October 2, 2019, a copy of    **Funding, Inc.**
the foregoing document was filed

9

electronically. Notice of this filing will be

10

sent by operation of the Court's electronic
filing system to all parties indicated on

11

the electronic filing receipt. All other
parties will be served by regular U.S.

12

Mail. Parties may access this filing

13

through the Court's electronic filing

14

system.
:

15

16

I am readily familiar with the firm's practice of collection and processing

17

18

correspondence for mailing. Under that practice it would be deposited with the U.S.

19

Postal Service on that same day with postage thereon fully prepaid in the ordinary

20

course of business. I am aware that on motion of the party served, service is presumed

21

22

invalid if postal cancellation date or postage meter date is more than one day after the

23

date of deposit for mailing in affidavit.

24

I hereby certify that I am employed in the office of a member of the Bar of this

25

26

Court at whose direction the service was made.

27

Executed on October 2, 2019.

28

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:___/s/   *Trinette G. Kent*_____
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Luckiesia Belton

4